1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | | |
|---|---|---|
| DAWN STARRETT, | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-02490-JAD-VCF |
| vs. | ) | **ORDER** |
| NATIONAL SECURITY TECHNOLOGIES, INC., | ) | (Docket No. 11) |
| Defendant(s). | ) | |

11

Plaintiff(s),

Case No. 2:15-cv-02490-JAD-VCF

12

vs.

**ORDER**

13

NATIONAL SECURITY TECHNOLOGIES, INC., )

(Docket No. 11)

14

Defendant(s).

15

16          Pending before the Court is the parties' stipulation to vacate the early neutral evaluation in this

17   case based on their agreement that the case must be arbitrated.  Docket No. 11.  The early neutral

18   evaluation is hereby VACATED.  If the parties have not filed a stipulation to arbitrate this matter by

19   March 1, 2016, they must file a status report by that date indicating whether the setting of an ENE in this

20   case is appropriate at that time.

21          IT IS SO ORDERED.

22          Dated: February 12, 2016

23
24                                                    _____
25                                                    Nancy J. Koppe
                                                      United States Magistrate Judge
26
27
28