1 Elayna J. Youchah, Bar #5837
youchahe@jacksonlewis.com
2 **JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
3 Las Vegas, Nevada 89169
Tel: (702) 921-2460
4 Fax: (702) 921-2461

5 *Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN STARRETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a limited liability company; EMPLOYEE(S)/AGENTS(S) DOES I-X; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | Case No. : 2:15-CV-02490-JAD-VCF<br><br>**STIPULATION AND ORDER TO ARBITRATE AND STAY PROCEEDINGS** |

This stipulation is entered into by the parties, Dawn Starrett ("Plaintiff") and National Security Technologies, LLC ("Defendant"), by and through their counsel, with reference to the following:

WHEREAS, during the course of her employment with Defendant, Plaintiff entered into an agreement with Defendant pursuant to Defendant's dispute resolution program to arbitrate all disputes arising out of or relating to Plaintiff's employment, or cessation of employment, with Defendant (hereinafter the "Arbitration Agreement");

WHEREAS, on September 30, 2015, Plaintiff filed a Complaint in the Eighth Judicial District Court, Clark County, Nevada, which Defendant removed to this Court pursuant to 28 U.S.C. § 1331, styled *Dawn Starrett v. National Security Technologies, LLC*, Case No. 2:15-cv-02490-JAD-VCF, alleging sex discrimination and retaliation under Title VII and Nevada state law, and age discrimination under the ADA and Nevada state law (hereinafter the "Action");

WHEREAS, the claims alleged in the Action fall within the scope of the Arbitration Agreement;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration;

2. All proceedings in this Action shall be stayed and this Court shall retain jurisdiction over this Action pending the conclusion of the arbitration.

Dated this 29th day of February, 2016.

| JACKSON LEWIS P.C. | GABROY LAW OFFICE |
|---|---|
| /s/ Elayna J. Youchah | /s/ Christian Gabroy |
| Elayna J. Youchah, Bar #5837 | Christian Gabroy, Bar #8805 |
| 3800 Howard Hughes Parkway, Ste. 600 | Ivy Hensel, Bar #13502 |
| Las Vegas, Nevada 89169 | 170 S. Green Valley Pkwy, Ste. 280 |
|  | Henderson, Nevada 89012 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## ORDER

Based on the parties' stipulation [ECF 13] and good cause appearing, IT IS HEREBY ORDERED that this case is STAYED pending the conclusion of the arbitration. The parties must file a joint status update with the court: (1) no later than 30 days after the arbitration date is scheduled, advising the court of the scheduled arbitration date; and (2) no later than 30 days after the hearing is held, advising the court that the hearing has concluded and when a decision is anticipated.

Dated: February 29, 2016.

_____
UNITED STATES DISTRICT JUDGE