**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN STARRETT,<br><br>　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, INC.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:15-cv-02490-JAD-VCF<br><br>**ORDER**<br><br>(Docket No. 13) |

The parties have filed a stipulation to arbitrate and stay proceedings. Docket No. 13. The Court hereby INSTRUCTS the Clerk's Office to remove the ENE flag from this case and remove the undersigned as the settlement judge in this case.

IT IS SO ORDERED.

Dated: March 1, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge