Elayna J. Youchah, Bar #5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar #101039
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAWN STARRETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a limited liability company; EMPLOYEE(S)/AGENTS(S) DOES I-X; and ROE CORPORATIONS 11-20, inclusive,<br><br>Defendant. | Case No. : 2:15-CV-02490-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Dawn Starrett and National Security Technologies, LLC ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated this 3rd day of January, 2017.

| JACKSON LEWIS P.C. | GABROY LAW OFFICE |
|---|---|
| /s/Lisa A. McClane<br>Elayna J. Youchah, Bar #5837<br>Lisa A. McClane, Bar #10139<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169 | /s/Christian Gabroy<br>Christian Gabroy, Bar #8805<br>170 S. Green Valley Pkwy., Ste. 280<br>Henderson, Nevada 89012 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: January 4, 2017.

_____
UNITED STATES DISTRICT JUDGE